ANNIE WYNN, Plaintiff, v. THEODORE L. RICHMOND and Another, Defendants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

PAUL SANTOSPIRITO, Appellant, v. GOLDMAN BOTTLE & METAL CO., INC., Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CAROLINE L. LEITH, Appellant, v. CHARLES C. LEITH, Respondent.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

WOOLF INSTRUMENT CORPORATION, Respondent, v. MARY LEVINSON, Appellant. — Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

FANNIE LEO, Respondent, v. JOHN PETRILLI, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

VERA M. BUTTS, Respondent, v. WILLIAM LARRABEE, Individually and as Surviving Partner, etc., Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WESOLOWSKI, Otherwise Known as JOHN WSEOLOWSKI, etc., Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK A. CLEMENTS, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MARGARET MAHAR, Plaintiff, v. C. RAMON HARRINGTON, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

WARD H. WADSWORTH, Respondent, v. J. B. WRIGHT, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.